IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CARLOS A. ORTEGA, et al.,

    Plaintiff,

v.

SERGEANT DAVIS, et al.,

    Defendants.

No. C 12-04402 SBA (PR)

**JUDGMENT**

    For the reasons set forth in this Court's Order Dismissing Certain Plaintiffs; Dismissing Plaintiff Ortega's Claims as Unexhausted; and Terminating as Moot Plaintiff Ortega's Pending Motions,

    IT IS ORDERED AND ADJUDGED

    That Plaintiff take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

DATED: 2/4/2014

SAUNDRA BROWN ARMSTRONG
United States District Judge

G:\PRO-SE\SBA\CR.12\Ortega4402.jud.frm